Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
26, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 26, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00242-CV

____________

 

IN RE SELECT SPECIALTY
HOSPITAL-HOUSTON, L.P. d/b/a SELECT SPECIALTY HOSPITAL-HOUSTON HEIGHTS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On March 18, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus. 

 

                                                                  PER
CURIAM

 

 

Petition Denied
and Memorandum Opinion filed March 26, 2004.

Panel consists of
Justices Fowler, Edelman, and Seymore.